UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-20269-CIV-MORENO

PEDRO CUNI,

    Petitioner,

vs.

JORGE L. PASTRANA, WARDEN FCI/FPC
Miami, Federal Bureau of Prisons, And U.S.
Federal Bureau of Prisons, an Agency of the U.S.
Department of Justice,

    Respondent(s).
_____/



## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Parties' Stipulation of Dismissal **(D.E. No. 6)**, filed on **June 26, 2008**.

THE COURT has considered the stipulation and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** without prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(ii). Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this 27 day of June, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record